**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JEROME A. MARTIN**                                                         **PLAINTIFF**

**v.**                                                   **CIVIL ACTION NO. 3:19-cv-925-DPJ-FKB**

**SANDERSON FARMS, INC.**                                       **DEFENDANT**

**NOTICE OF SERVICE OF DISCOVERY**

**TO:** All Counsel of Record

**NOTICE IS HEREBY GIVEN**, pursuant to the Uniform Local Rules, that Sanderson Farms, Inc. has this date served in the above styled action:

**INITIAL DISCLOSURES OF SANDERSON FARMS, INC.**

The undersigned retains the original of the above document as custodian thereof.

**DATED:** May 1, 2020.

                                                            **SANDERSON FARMS, INC.**

                                    By:    /s/ *Emily G. Barr*
                                                  Walter J. Brand (MSB #4313)
                                                  Emily G. Barr (MSB #105286)
                                                  Watkins & Eager PLLC
                                                  400 E Capitol Street (39201)
                                                  Post Office Box 650
                                                  Jackson, Mississippi 39205-0650
                                                  Telephone: (601) 965-1900
                                                  Facsimile: (601) 965-1901
                                                  E-Mail: wbrand@watkinseager.com
                                                                     ebarr@watkinseager.com

                                                  Counsel for Sanderson Farms, Inc.

## **CERTIFICATE OF SERVICE**

I do hereby certify that I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Kristy L. Bennett
Tressa V. Johnson
JOHNSON AND BENNETT, PLLC
1331 Union Avenue, Suite 1226
Memphis, TN 38104
kristy@myjbfirm.com
tressa@myjbfirm.com

    Counsel for Plaintiff

This the 1st day of May 2020.

    /s/ *Emily G. Barr*  _____
    Emily G. Barr