UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JEROME A. MARTIN                                                                                    PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:19-CV-925-DPJ-FKB

SANDERSON FARMS, INC.                                                                      DEFENDANT

FINAL JUDGMENT

For the reasons stated in the Order entered this date, Defendant's motion for summary judgment is granted. Judgment is entered in favor of Defendant and against Plaintiff. The Court finds this action should be dismissed.

**SO ORDERED AND ADJUDGED** this the 12th day of August, 2021.

                                                s/ *Daniel P. Jordan III*
                                                CHIEF UNITED STATES DISTRICT JUDGE